Andrew Providence, Respondent, v. Joseph Malicki, Appellant.— Motion granted and appeal dismissed, with costs.

William B. Ousterout, as Administrator, etc., Appellant, v. John T. Andrews, Respondent. — Motion granted and appeal dismissed, with costs.

Thomas Mullally, Respondent, v. New York State Railways, Appellant. — Appeal dismissed, without costs, upon stipulation filed.

The People of the State of New York, Respondent, v. Jack Norton, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. Thomas Gilmore, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. John Worda, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. Charles B. Smith, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. William Wilkinson, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. George Dree and John Comino, Appellants.— Appeal dismissed upon stipulation filed.

Henry Ham and Alice Ham, Appellants, v. New York Telephone Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Gilbert Mautz, Respondent, v. Consolidated Rendering Company and Others, Appellants.— Appeal dismissed unless appellants file and serve briefs within the times specified in the order entered, pay ten dollars to respondent's attorney, and stipulate that the case may be argued on May 25, 1915.

In the Matter of the Proposed Incorporation of the Village of South Dayton, in the Town of Dayton, Cattaraugus County, New York.— Appeal dismissed unless appellant file and serve printed papers on appeal by May 4, briefs by May 11, and stipulate to argue appeal on May 18, 1915.

Charles H. Cutting, Appellant, v. Edward E. Coatsworth, as Executor, etc., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

---

## FIRST DEPARTMENT, MAY, 1915.

MARIE DUDLEY, Appellant, v. EDWARD DUDLEY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 1st day of April, 1915, granting a motion to dismiss the action and to vacate all proceedings therein.

PER CURIAM: It is clear that the court has jurisdiction of the cause of action, and nothing appears to justify the court in refusing to continue jurisdiction. The order appealed from is, therefore, reversed, with ten

dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughhlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.